**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ _____ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR __Lisandro R. Sanabria__  JOINT-DEBTOR:_____ CASE NO.: 16-13694-RAM
Last Four Digits of SS# __0106__  Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of __60__ months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A. $ __282.41_____ for months __1_____ to __60___;
B. $_____ for months _____ to _____;
C. $_____ for months _____ to _____; in order to pay the following
creditors:

Administrative:   Attorney's Fee - $3500 + $150.00 =$ 3650.00 TOTAL PAID $ __900.00__
                 Balance Due-  $2750.00 payable $_211.54___/month (Months _1__ to _13)

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____   Arrearage on Petition Date  $_____
Address:_____          Arrears Payment   $_____/month (Months ___ to ___)
_____          Regular Payment   $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1. _____   Total Due  $_____
                              Payable   $_____/month  (Months___ to ___)

Unsecured Creditors:   Pay $ 42.66 month (Months 1 to 13 ), Pay $ 254.20 month (Months 14 to 60) Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: GM Financial and Capital One Retail Services will be direct pay.

_____
Debtor
Date: 03/13/16