## UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov
### CHAPTER 13 PLAN (Individual Adjustment of Debts)

☐   __2ND__   Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR __Lisandro R. Sanabria__     JOINT-DEBTOR:_____   CASE NO.: __16-13694 RAM__
Last Four Digits of SS# __0106__     Last Four Digits of SS# _____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of ___60___ months.  In the event the trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan:

A.   $ __282.41__ for months ___1___ to ___3___;
B.   $ __287.88__ for months ___4___ to ___60___;
C.   $_____ for months _____ to _____; in order to pay the following creditors:

Administrative:     Attorney's Fee - $3500 + $150.00 = $ 3650.00 TOTAL PAID $ __900.00__
                    Balance Due- $2750.00 payable $ 250.00 /month (Months _1_ to _11_ )

Secured Creditors:   [Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. _____     Arrearage on Petition Date  $_____
Address:_____         Arrears Payment      $_____/month (Months ___ to ___)
_____      Regular Payment      $_____/month (Months ___ to ___)
Account No: _____

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED.   A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

Priority Creditors: [as defined in 11 U.S.C. §507]

1._____     Total Due    $_____
                         Payable     $_____/month  (Months___ to ___)

Unsecured Creditors:  Pay $ 4.00 month (Months_1_ to _3_ ), $ 9.09 month (Months_4_ to _11_ ); $ 259.09 month (Months_12_ to _60_ ).

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above: GM Financial and Capital One Retail Services will be direct pay.


__ /S/_____
Debtor
Date:__ 05/25/2016_____

LF-31 (rev. 01/08/10)