**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re:                                                    **PROCEEDING UNDER CHAPTER 13**
**Lisandro R. Sanabria**                                  **CASE NO. 16-13694-BKC-RAM**
**SSN: XXX-XX-0106**


          **Debtor    /**


**OBJECTION TO CLAIM**
**IMPORTANT NOTICE TO CREDITOR:**
**THIS IS AN OBJECTION TO YOUR CLAIM**


This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf. Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.

Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the debtor(s) object(s) to the following claim filed in this case:

| Claim No. | Name of Claimant | Basis for Objection and Recommended Disposition |
|---|---|---|
| 8-1 | Cavalry Spv I, LLC - Assignee of Capital One, N.A. | This account is being paid outside the plan; therefore, this claim should be ALLOWED and NOT ENTITLED TO DISTRIBUTION FROM THE CHAPTER 13 TRUSTEE. |

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the court when the objection and notice of hearing are served.

DATED:   11/16/2016


                              Respectfully Submitted,

                              **The Law Offices of Patrick L. Cordero, P.A.**
                              Attorney for Debtor(s).
                              7333 Coral Way
                              Miami, Florida 33155
                              Tel: (305) 445-4855


                              By:     /s/ (FILED ECF)
                              [ x ] Patrick L. Cordero, Esq., FBN 801992
                              [    ] Miriam V. Marenco, Esq., FBN 86115
                              [    ] Giselle Velez, Esq., FBN 71004
                              [    ] Maria Daneri, Esq., FBN 88604